UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCTOBER 18, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARON TARVER,

    Defendant.

Case No. 2:18-mj-00207 DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARON TARVER</u> Case No. <u>2:18-mj-00207 DB</u> Charge <u>18 U.S.C. § 500</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    **X**   Bail Posted in the Sum of $ _____

        **X**   Unsecured Appearance Bond $   25,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        **X**   (Other): <u>Pretrial conditions as stated on the record in open court.</u>

Issued at Sacramento, California on <u>October 18, 2018</u> at 2:30 PM

By: _____
Magistrate Judge Deborah Barnes