| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DARON TARVER |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-mj-0207-DB | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** | |
| vs. | ) | | |
| DARON TARVER, | ) | Judge: Hon. Edmund F. Brennan | |
| Defendant. | ) | | |

IT IS HEREBY STIPULATED by and between Nicola T. Hanna, United States Attorney for the Central District of California, through Veronica Dragalin, Special Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Daron Tarver, that Special Condition 8 of Mr. Tarver's conditions of pretrial release may be modified as follows:

    8. You must not have any contact with any witnesses in this case, most notably Michelle Mayfield, and have any contact with employees of the United States Postal Service without the prior approval of the pretrial services officer.

The proposed modification is requested and approved by Pretrial Services Officer Steven Sheehan. Currently, Mr. Carver's conditions of release bar any contact with any employee of the United States Postal Service. Per the USPS policy and due to Mr. Tarver being placed on administrative leave, he is required to check in by telephone to a supervising postal inspector on

Stipulation and Order to Modify Conditions of Pretrial Release     -1-

Monday through Friday from 9:00 – 10:00 a.m.  The proposed modification will allow the supervising pretrial services officer the discretion to approve calls by Mr. Tarver to the supervising postal inspector without concern of him violating the conditions.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2018  */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DARON TARVER

Date: October 23, 2018  NICOLA T. HANNA
United States Attorney
Central District of California

*/s/Veronica Dragalin*
Veronica Dragalin
Special Assistant United States Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The Court hereby orders that the Special Condition 8 of Mr. Tarver's conditions of |
| 3 | pretrial release (ECF Document 12) may be modified as follows: |
| 4 | Special Condition 8 shall read: "You must not have any contact with any witnesses in this |
| 5 | case, most notably Michelle Mayfield, and have any contact with employees of the United States |
| 6 | Postal Service without the prior approval of the pretrial services officer." |
| 8 | IT IS SO ORDERED. |
| 10 | Dated: October 24, 2018 |
| 11 | HON. EDMUND F. BRENNAN<br>United States Magistrate Judge |